# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161715

DALE GOODFELLOW,
         Plaintiff-Appellant,

v

GEOFFREY TAK-KIN LAM, a/k/a
GEORFFREY TAK-KIN LAM, SPECTRUM
HEALTH MEDICAL GROUP, and SPECTRUM
HEALTH HOSPITALS,
         Defendants-Appellees.

SC: 161715
COA: 347818
Kent CC: 18-007158-NH

_____/

On order of the Court, the application for leave to appeal the June 11, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2021



s0317

Clerk